IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVAREUS CLARK**                                                                                                  **PLAINTIFF**
**22-2758**

v.                                          Case No: 4:22-cv-00701-LPR

**GOMEZ,** *Homicide Detective,*
*Little Rock Police Department*;
**DOES 1-2,** *Police and Homicide Detectives*                                            **DEFENDANTS**

## ORDER

On June 10, 2025, the Court issued an Order reopening Mr. Clark's case and directing him to file an amended complaint within forty-five days.[1] The Court warned Mr. Clark that failure to file an amended complaint would result in the dismissal of his case.[2] Mr. Clark has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired. Accordingly, for the reasons stated in the Court's June 10, 2025 Order, Mr. Clark's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 9).

[2] *Id*.